IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RODNEY PETERSON,
   Petitioner,
     v.                                CIVIL ACTION FILE
                                     NO. 1:10-CV-2488-TWT
RALPH KEMP,
   Respondent.

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending denying the Petition. The Magistrate Judge correctly held that the Petitioner's guilty plea was knowing and voluntary. His claim that he was actually innocent is belied by his multiple admissions of struggling with the officer. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petition is DISMISSED. A Certificate of Appealability will not be issued.

SO ORDERED, this 12 day of May, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Peterson\r&r.wpd